**PELUSO & TOUGER, LLP**
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*
*PelusoandTouger.com*

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

August 17, 2021
By ECF

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street New York, New York 10007

Re: United States v. Dwight Boyd
    21 Cr. 486 (SHS)

Dear Judge Stein,

I write to respectfully request with the Government's consent that the Court grant Mr. Boyd release on bail under the following conditions:

- $250,000 personal recognizance bond cosigned by 3 FRPs
- 24-hour home incarceration with electronic monitoring
- Defendant to reside with mother at 901 Anderson Avenue, Apt.3C, Bronx, New York 10452, pending an inspection by Pretrial Services
- No contact with codefendants outside the presence of counsel
- Travel restricted to SDNY/EDNY
- Surrender of travel documents/no new applications
- Drug testing and/or drug treatment as directed by Pretrial Services
- Defendant to remain in custody until all above conditions are satisfied

Mr. Boyd also joins in the request of his codefendant, Joe Young in his letter to the Court dated August 11, 2021.

Thank you very much for your consideration of this matter.

Most Respectfully yours,

David Touger

8/17/2021
So ordered
Sidney H. Stein
USDJ