***PELUSO & TOUGER, LLP***
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*
**PelusoandTouger.com**

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

August 31, 2021         **MEMO ENDORSED**
By ECF

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street New York, New York 10007

Re: United States v. Dwight Boyd
    21 Cr. 486 (SHS)

Dear Judge Stein,

I write to respectfully request with the Government's consent that the Court allow Mr. Boyd to attend the following two appointments:

> Dentist appointment on September 2, 2021 at 8:30AM
>     Dr. Susan J. Lemelle Johnson
>     99 Fort Washington Ave.
>     New York, New York 10032

> Doctor's appointment on Friday September 3, 2021 at 1:00PM
>     New York Presbyterian Hospital
>     21 Audubon Ave.
>     New York, New York 10032

Please allow Mr. Boyd an hour for travel time. Thank you very much for your consideration of this request and I apologize for the late notice as the dentist appointment is an emergent situation.

Most Respectfully
yours, David Touger

**Requests granted.**

**Dated: New York, New York
August 31, 2021**

SO ORDERED:

Sidney H. Stein, U.S.D.J.