**PELUSO & TOUGER, LLP**
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

November 8, 2021
By ECF

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street New York, New York 10007

Re: United States v. Dwight Boyd
    21 Cr. 486 (SHS)

Dear Judge Stein,

As the Court is well aware Mr. Boyd is released on bail under the following conditions:

- $250,000 personal recognizance bond cosigned by 3 FRPs
- 24-hour home incarceration with electronic monitoring
- Defendant to reside with mother at 901 Anderson Avenue, Apt.3C, Bronx, New York 10452, pending an inspection by Pretrial Services
- No contact with codefendants outside the presence of counsel
- Travel restricted to SDNY/EDNY
- Surrender of travel documents/no new applications
- Drug testing and/or drug treatment as directed by Pretrial Services

Mr. Boyd has secured a second job interview (the first interview was done telephonically) at Manhattan Beer Distributors located at 955 E149th Street, Bronx, New York as a laborer. Unfortunately the only time for the interview is tomorrow at 10:00am. Thus with the consent of his Pre-Trial Officer Mohammed Ahmed and the Government taking no position it is most respectfully requested that the Court allow him to go on this job interview.

Thank you very much for your consideration of this matter. I apologize for the emergent nature of this request, but the employer left Mr. Boyd no choice.

The request for defendant to go on a job interview tomorrow is granted.

Most Respectfully yours,

David Touger

Dated: New York, New York
November 8, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.