### PELUSO & TOUGER, LLP
70 LAFAYETTE STREET
NEW YORK, NEW YORK 10013
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

November 11, 2021
By ECF

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street New York, New York 10007

Re: United States v. Dwight Boyd
    21 Cr. 486 (SHS)

Dear Judge Stein,

As the Court is aware Mr. Boyd is released on bail under the following conditions:

- $250,000 personal recognizance bond cosigned by 3 FRPs
- 24-hour home incarceration with electronic monitoring
- Defendant to reside with mother at 901 Anderson Avenue, Apt.3C, Bronx, New York 10452, pending an inspection by Pretrial Services
- No contact with codefendants outside the presence of counsel
- Travel restricted to SDNY/EDNY
- Surrender of travel documents/no new applications
- Drug testing and/or drug treatment as directed by Pretrial Services

However, Mr. Boyd has secured employment at the following company and location: Manhattan Beer Distributors located at 955 E149th Street, Bronx, New York as a laborer.

Thus, I most respectfully request with the approval of the Government and his Pre-Trial Officer, Mohammed Ahmed that the Court change Mr. Boyd's bail status from Home Incarceration to Home Detention and allow him to work at the above job.

Thank you very much for your consideration of this matter.

**Request granted.**

Most Respectfully yours,

**Dated: New York, New York**
**November 12, 2021**

David Touger

SO ORDERED
*[signature]*
SIDNEY H. STEIN
U.S.D.J.