UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 21-CR-486 (SHS) |
| v. | ORDER |
| DWIGHT BOYD, | |
| Defendant. | |

SIDNEY H. STEIN, U.S. District Judge.

   Having received a letter from counsel for defendant Dwight Boyd requesting a one-month adjournment of the sentencing proceeding currently scheduled on April 25, 2022 in Courtroom 23A, it is HEREBY ORDERED that:

1.  The sentencing proceeding is adjourned to Wednesday, May 25, 2022, at 4:00 pm;
2.  Defense submissions are due on Wednesday, May 4, 2022; and
3.  Government submissions are due on Wednesday, May 11, 2022.

Dated: New York, New York
       March 29, 2022

                                    SO ORDERED:

                                    _____
                                    Sidney H. Stein, U.S.D.J