UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-486 (SHS) |
| -against- | : | ORDER |
| DWIGHT BOYD, | : | |
| Defendant. | : | |

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY ORDERED that the CJA attorney on duty tomorrow, Margaret Shalley, is appointed to represent the above defendant regarding his violation of supervised release pursuant to the Criminal Justice Act. There is a VOSR conference scheduled for tomorrow, September 17, at 11:00 a.m.

Dated: New York, New York
September 16, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.