**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

October 14, 2026

**BY ECF**
Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

**MEMO ENDORSED**

**Re: United States v. Dwight Boyd, 21 Cr. 486 (SHS)**

Dear Judge Stein:

The Government respectfully submits this joint letter motion in regard to the pending violation specifications as to defendant Dwight Boyd. The defendant last appeared on September 17, 2026, at which time he was arraigned and appointed new counsel.

The Government has provided to the defense some state case materials which it has received to date, but believes there may be additional state case material, including possibly body-worn camera footage, that the state investigators have not yet provided. The parties have also discussed the possibility of a disposition. In light of the foregoing, the parties respectfully request additional time for the Government to obtain and provide the state materials, and for the parties to negotiate a disposition. The parties jointly request that the Court adjourn tomorrow's conference until December 17, 2026, at which time either the defendant will enter a plea to one or more of the specifications or the parties will proceed to an evidentiary hearing. The Government has conferred with the Probation Office, which consents to this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

by: /s/ Jun Xiang
Jun Xiang / Sarah Mortazavi
Assistant United States Attorneys
(212) 637-2200

**CC (ECF)**
Margaret Shalley, Esq.
Probation Officer Robert Harris

**The violation proceeding is adjourned to December 17, 2026, at 2:30 p.m.**

**Dated: New York, New York**
**October 15, 2026**

**SO ORDERED:**

Sidney H. Stein, U.S.D.J.